IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | CASE NO. 4:03CR00184-01 SWW |
| V. | * | |
| | * | |
| DOLANDON V. MACK | * | |

_____

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | CASE NO. 4:04CR00201-01 SWW |
| V. | * | |
| | * | |
| DOLANDON V. MACK | * | |

## ORDER

Defendant was convicted of being a felon in possession of a firearm on two separate charges in the separate cases captioned above. On December 20, 2004, the Court sentenced Defendant to 120 months' imprisonment on the conviction in case 4:03CR00184-01 SWW and 49 months' imprisonment in case 4:04CR00201-01 SWW, with the terms of imprisonment to run consecutively, followed by three years' supervised release.

Now before the Court are Defendant's *pro se* motions, asking the Court to "waive the three years supervised release." Defendant reports that he was released from the Bureau of Prisons on May 5, 2016 and taken into state custody on a

detainer, and he is currently serving a term of imprisonment in the Arkansas Department of Correction. Defendant states that his anticipated release date is in 2024.

Pursuant to 18 U.S.C. § 3583(e)(1), a court may "terminate a term of supervised release any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Defendant is incarcerated in state prison and has not begun to serve his term of supervised release, which is part of his sentence in these federal cases. *See* 18 U.S.C. 3624(e)("A term of supervised release does not run during any period in which the person is imprisoned in connection with a conviction for a Federal, State, or local crime uncles the imprisonment is for a period of less than 30 consecutive days."). Accordingly, Defendant does not qualify for consideration of termination of supervised release.

IT IS THEREFORE ordered that Defendant's *pro se* motions for termination of supervised release [ECF No. 34, No. 4:03CR00184 *and* ECF No. 10, No. 4:04CR00201 SWW] are DENIED.

IT IS SO ORDERED THIS 9TH DAY OF MARCH, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE